Janine C. Prupas, Esq.
Nevada Bar No. 9156
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
50 W. Liberty Street, Suite 510
Reno, NV 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jprupas@swlaw.com
kbeverly@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RLP-VERVAIN COURT, LLC, a Nevada series limited liability company of the container RED LIZARD PRODUCTIONS, LLC under NRS § 86.296,<br><br>Plaintiff,<br><br>v.<br><br>DHI MORTGAGE COMPANY, LTD., a Texas limited partnership; WELLS FARGO BANK, N.A., a national association; FORT APACHE SQUARE HOMEOWNERS ASSOCIATION, a Nevada domestic non-profit corporation; MTC FINANCIAL INC., a California corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Nevada corporation; JOSEPH A. NEWELL, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01517-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISPOSITIVE MOTION BRIEFING**<br><br>**(FIRST REQUEST)** |

Wells Fargo Bank, N.A. ("Wells Fargo") and RLP-Vervain Court, LLC ("RLP-Vervain"), through their counsel of record, hereby stipulate and request an order from the Court to extend the dispositive motion briefing schedule as described herein.

///

///

///

4811-4952-8918

On November 13, 2017 Wells Fargo filed its Motion for Summary Judgment. Currently opposition to Wells Fargo's motion is due no later than December 4, 2017, and reply in further support of the motion is due no later than December 18, 2017.

On November 22, 2017, RLP-Vervain filed its Motion for Summary Judgment. Currently opposition to RPL-Vervain's motion is due on December 13, 2017, and reply in further support of the motion is due no later than December 27, 2017.

The Ninth Circuit recently issued its decision regarding the application of 12 U.S.C. § 4617(j)(3) to Nevada HOA foreclosures and the preemption of NRS 116 for loans owned by the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation ("Freddie Mac"). *Berezovsky v. Moniz*, 869 F.3d 923 (9th Cir. 2017). The effect of a Nevada HOA foreclosure sale is at issue in this litigation. Moreover, it is Wells Fargo's position that the mortgage loan for the property at issue is owned by Freddie Mac. Although the parties disagree as to the dispositive effect of the *Berezovsky* decision on this action, they agree that the issues the decision presents are complex and warrant a modest extension of time in order for them to be fully briefed. Furthermore, the parties agree that coordinating the time for Wells Fargo's and RLP-Vervain's opposition and reply papers would result in a more efficient disposition of this action.

No prior application has been made for the relief requested herein.

Accordingly, the Parties agree and respectfully request an order as follows:

1. Oppositions to Wells Fargo's and RLP-Vervian's Motions for Summary Judgment shall be filed and served via the Court's ECF system no later than January 5, 2018.

///
///
///
///
///
///
///
///

- 2 -

4811-4952-8918

2. Replies in further support of Wells Fargo's and RLP-Vervian's Motions for Summary Judgment shall be filed and served via the Court's ECF system no later than February 2, 2018.

| | |
|---|---|
| Dated: November 29, 2017. | Dated: November 29, 2017. |
| SNELL & WILMER L.L.P. | COOPER COONS, LTD. |
| By: */s/ Kiah D. Beverly-Graham*<br>Janine C. Prupas, Esq.<br>NV Bar No. 9156<br>Kiah D. Graham-Beverly, Esq.<br>NV Bar No. 11916<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br>*Attorneys for Wells Fargo Bank, N.A.* | By: */s/ Thomas A. Miskey*<br>J. Charles Coons, Esq.<br>NV Bar No. 10553<br>Thomas A. Miskey, Esq.<br>NV Bar No. 13540<br>10655 Park Run Drive, Suite 130<br>Las Vegas, Nevada 89144<br>*Attorneys for RLP-Vervain Court, LLC* |

**IT IS SO ORDERED.**

Dated this  7  day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

4811-4952-8918

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: November 29, 2017

                                */s/Kiah D. Beverly-Graham*
                                Kiah D. Beverly-Graham

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4811-4952-8918