Janine C. Prupas, Esq.
Nevada Bar No. 9156
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
50 W. Liberty Street, Suite 510
Reno, NV 89501
Telephone: (775) 785-5440
Facsimile: (775) 785-5441
Email: jprupas@swlaw.com
        kbeverly@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RLP-VERVAIN COURT, LLC, a Nevada series limited liability company of the container RED LIZARD PRODUCTIONS, LLC under NRS § 86.296,<br><br>Plaintiff,<br><br>v.<br><br>DHI MORTGAGE COMPANY, LTD., a Texas limited partnership; WELLS FARGO BANK, N.A., a national association; FORT APACHE SQUARE HOMEOWNERS ASSOCIATION, a Nevada domestic non-profit corporation; MTC FINANCIAL INC., a California corporation; REPUBLIC SILVER STATE DISPOSAL, INC., a Nevada corporation; JOSEPH A. NEWELL, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01517-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISPOSITIVE MOTION BRIEFING**<br><br>**(SECOND REQUEST)** |

Wells Fargo Bank, N.A. ("Wells Fargo") and RLP-Vervain Court, LLC ("RLP-Vervain"), through their counsel of record, hereby stipulate and request an order from the Court to extend the dispositive motion briefing schedule as described herein.

Wells Fargo and RLP-Vervain have filed competing motions for summary judgment. Currently opposition papers are due no later than January 5, 2018 and replies in further support are due no later than February 2, 2018.

Snell & Wilmer
L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Snell & Wilmer

L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

The Ninth Circuit recently issued its decision regarding the application of 12 U.S.C. § 4617(j)(3) to Nevada HOA foreclosures and the preemption of NRS 116 for loans owned by the Federal National Mortgage Association and Federal Home Loan Mortgage Corporation ("Freddie Mac"). *Berezovsky v. Moniz*, 869 F.3d 923 (9th Cir. 2017).

The Supreme Court of Nevada recently issued its decision concerning, among other things, the analysis relevant to whether a low sales price and other factors warrant setting aside an HOA sale. *Nationstar Mortgage, LLC v. Saticoy Bay LLC Series 2227 Shadow Canyon*, 405 P.3d 641 (Nev. 2017).

Both of the aforementioned decisions are relevant to this litigation, which involves the effect of a Nevada HOA foreclosure sale on a property which Wells Fargo asserts is owned by Freddie Mac. Though the parties disagree as to the effect of these decisions, they agree that they present complex issues which warrant a modest extension of time in order for them to be fully briefed.

One prior extension of approximately one month for opposition and approximately six weeks for reply was granted on December 7, 2017. Though the parties have endeavored to complete their motion papers within the time frame previously ordered, the complexity of the issues, as discussed above, in combination with the recent holidays, has made this additional request necessary.

///
///
///
///
///
///
///
///
///
///

4819-9669-9481

Accordingly, the Parties agree to, and respectfully request, an order as follows:

1.     Oppositions to Wells Fargo's and RLP-Vervian's Motions for Summary Judgment shall be filed and served via the Court's ECF system no later than January 23, 2018.

2.     Replies in further support of Wells Fargo's and RLP-Vervian's Motions for Summary Judgment shall be filed and served via the Court's ECF system no later than February 23, 2018.

Dated:  January 2, 2018.

SNELL & WILMER L.L.P.

By:  _/s/ Kiah Beverly-Graham_
   Janine C. Prupas, Esq.
   NV Bar No. 9156
   Kiah D. Graham-Beverly, Esq.
   NV Bar No. 11916
   50 West Liberty Street, Suite 510
   Reno, Nevada 89501
   *Attorneys for Wells Fargo Bank, N.A.*

Dated:  January 2, 2018.

COOPER COONS, LTD.

By:  _/s/ J. Charles Coons_
   J. Charles Coons, Esq.
   NV Bar No. 10553
   Thomas A. Miskey, Esq.
   NV Bar No. 13540
   10655 Park Run Drive, Suite 130
   Las Vegas, Nevada 89144
   *Attorneys for RLP-Vervain Court, LLC*

**IT IS SO ORDERED.**

Dated this 12 day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4819-9669-9481